*928 Sup. Ct. Ill;
Sup. Ct. Mo.;
Sup. Ct. Fla.;
*929 C. A. 5th Cir.;
Sup. Ct. Ariz.;
Sup. Ct. Ark.;
Ct. Common Pleas, Charleston County, S. C.;
Sup. Ct. Mo.;
Sup. Ct. Ariz.; and
Sup. Ct. Fla. Certiorari denied. Reported below: No. 90-6683, 137 Ill. 2d 558, 560 N. E. 2d 594; No. 90-7132, 798 S. W. 2d 152; No. 90-7295, 563 So. 2d 77; No. 90-7317, 922 F. 2d 242; No. 90-7344, 166 Ariz. 132, 800 P. 2d 1240; No. 90-7398, 304 Ark. xxiv; No. 90-7509, 798 S. W. 2d 149; No. 90-7547, 166 Ariz. 152, 800 P. 2d 1260; No. 90-7579, 570 So. 2d 908.